# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TOLAVIUS TIMMONS, | Case No. 2:17-cv-02020-RFB-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| LAS VEGAS PUBLIC DEFENDERS OFFICE, et al., | (Docket No. 6) |
| Defendant(s). | |

On August 2, 2017, the Court held in abeyance Plaintiff's application to proceed *in forma pauperis* so that he could consider whether he wishes to end this case prior to the screening of his complaint. Docket No. 5. Plaintiff has now filed a motion to withdraw his application to proceed *in forma pauperis*. Docket No. 6.[1] The Clerk's Office is hereby **INSTRUCTED** to treat that filing as a notice of voluntarily dismissal.

IT IS SO ORDERED.

Dated: September 1, 2017

_____
Nancy J. Koppe
UNITED STATES MAGISTRATE JUDGE

---

[1] As the Court noted in its prior order, Plaintiff's request for relief arising out of his dissatisfaction with his counsel in his on-going criminal trial in state court, and judicial rulings related thereto, is not properly addressed in this forum. Docket No. 5 at 1 (citing, *inter alia*, *Younger v. Harris*, 401 U.S. 37, 44 (1971)). The Court similarly notes that allegations made in the most recent filing regarding Plaintiff's state court counsel are not properly addressed in this forum.